**STATE of Missouri, Plaintiff/Respondent,**

v.

**Byron EWING, Defendant/Appellant.**

**No. ED 93355.**

Missouri Court of Appeals, Eastern District, Division Two.

June 8, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2010.

Application for Transfer Denied Sept. 21, 2010.

Shaun J. Mackelprang, Daniel N. McPherson, Jefferson City, MO, for Plaintiff/Respondent.

Kent Denzel, Columbia, MO, for Defendant/Appellant.

Before SHERRI B. SULLIVAN, P.J., ROBERT G. DOWD, JR., J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Byron Ewing appeals from the trial court's judgment and sentence entered upon a jury verdict finding him guilty of first-degree statutory rape, first-degree child molestation, and sexual misconduct involving a child. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not abuse its discretion in denying a motion for mistrial and in controlling closing argument. See *State v. Barton*, 240 S.W.3d 693, 703 (Mo.banc 2007), and *State v. Hamilton*, 847 S.W.2d 198, 199 (Mo.App. E.D.1993). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).